119 So.2d 607

108 So.2d 389

Clyde ROBERTSON

v.

STATE of Alabama.

6 Div. 748.

Court of Appeals of Alabama.

Jan. 5, 1960.

Rehearing Denied Jan. 26, 1960.

Rogers, Howard & Redden, Birmingham, for appellant.

MacDonald Gallion, Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

Willie WILSON

v.

STATE.

4 Div. 373.

Court of Appeals of Alabama.

Jan. 6, 1959.

L. H. Walden, Montgomery, and John C. Walters, Troy, for appellant.

John Patterson, Atty. Gen., and John F. Proctor, Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed on authority of Griffin v. State, 106 So.2d 182.